AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICHARD SHRAGER

was received by me on *(date)* OCT 21 2013.

☒ I personally served the summons on the individual at *(place)* RICHARD SHRAGER 12 EAST 37TH STREET, NEW YORK, NY 10016 on *(date)* OCT 21 2013 AT 1:15 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: OCT 21 2013

*Server's signature*

ALVIN D. GONZALEZ PROCESS SERVER
*Printed name and title*

153 EAST 110TH STREET, PoB 1002
NEW YORK, NY 10029-0293
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAPA EXPRESS INC.

was received by me on *(date)* OCT 21 2013

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* RICHARD SHRAGER PRESIDENT, who is designated by law to accept service of process on behalf of *(name of organization)* PAPA EXPRESS INC., on *(date)* OCT 21 2013 ; or AT 1:15 PM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: OCT 21 2013

*Server's signature*

ALVIN D. GONZALEZ, PROCESS SERVER
*Printed name and title*

153 EAST 110TH STREET POB 1002
NYC, NY 10029-0293
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Rich Foods 37, LLC**

was received by me on *(date)* **OCT 21 2013**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Richard Shrager, President**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Rich Foods 37, LLC**
on *(date)* **OCT 21 2013** ; or
**At 1:15 PM.**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **OCT 21 2013**

*Server's signature*

**Alvin D. Gonzalez, Process Server**
*Printed name and title*

**153 East 110th Street, Box 1002**
**NYC, NY 10029-0293**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAPA FRESH INC.
was received by me on *(date)* OCT 21 2013 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Richard Shrager, President , who is
designated by law to accept service of process on behalf of *(name of organization)* PAPA FRESH INC.
on *(date)* OCT 21 2013 AT 1:15PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: OCT 21 2013

*Server's signature*

ALVIN O. GONZALEZ, PROCESS SERVER
*Printed name and title*

153 EAST 110TH STREET, POB 1002
NYC, NY 10029-0293
*Server's address*

Additional information regarding attempted service, etc: