UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEANDRO CASTRO, on behalf of himself and
all other similarly situated employees, and           Case No. 13-CV-7365
ASHLEY CHAVOUS, on behalf of herself
and all other similarly situated employees,
                                                      **NOTICE OF APPEARANCE**

                            Plaintiffs,

    -against-

RICHARD SHRAGER, PAPA EXPRESS INC.,
RICH FOODS 37, LLC and PAPA FRESH INC.,

                            Defendants.


-------------------------------------------------------------X

        PLEASE TAKE NOTICE that JEFFERY A. MEYER, ESQ. hereby appears as counsel to Defendants RICHARD SHRAGER, PAPA EXPRESS INC., RICH FOODS 37, LLC and PAPA FRESH INC., in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:        Woodbury, New York
                November 15, 2013

                                        KAUFMAN DOLOWICH & VOLUCK LLP
                                        *Attorneys for Defendants*

                                        Jeffery A. Meyer
                                        135 Crossways Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        (516) 681-1100
                                        jmeyer@kdvlaw.com

4841-4844-2390, v. 1