UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEANDRO CASTRO, on behalf of himself and
all other similarly situated employees, and
ASHLEY CHAVOUS, on behalf of herself
and all other similarly situated employees,

                          Plaintiffs,

     -against-

RICHARD SHRAGER, PAPA EXPRESS INC.,
RICH FOODS 37, LLC and PAPA FRESH INC.,

                         Defendants.

Case No. 13-CV-7365

**NOTICE OF APPEARANCE**

------------------------------------------------------------X

       PLEASE TAKE NOTICE that YALE POLLACK, ESQ. hereby appears as counsel to Defendants RICHARD SHRAGER, PAPA EXPRESS INC., RICH FOODS 37, LLC and PAPA FRESH INC., in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated:      Woodbury, New York
               November 15, 2013

                          KAUFMAN DOLOWICH & VOLUCK LLP
                          *Attorneys for Defendants*

                          _____
                          Yale Pollack
                          135 Crossways Park Drive, Suite 201
                          Woodbury, New York 11797
                          (516) 681-1100
                          ypollack@kdvlaw.com

4852-0678-3254, v. 1