

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

Yale Pollack, Esq.
ypollack@kdvlaw.com

November 18, 2013

**VIA ECF**
**COURTESY COPY BY ELECTRONIC MAIL**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Castro v. Schrager et al.*
     *Case Number: 13 CV 7365 (AT)*

Dear Judge Torres:

  This office has recently been retained to represent the Defendants in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write this letter to respectfully request an extension of time on behalf of Defendants to file a response to the Complaint.

  Based on our firm's recent retention and the need to speak with our client regarding the allegations in the Complaint, as well as to review relevant documents, we respectfully until December 18, 2013 to file a response to the Complaint. After contacting Plaintiffs' counsel, we were advised that they would only provide us until tomorrow to file the response, but they would not provide a further reason as to why they would not grant this professional courtesy. This is Defendants' first request for an extension of time to respond to the Complaint and the only date that currently appears on the Court's docket is the December 18, 2013 initial conference date. Defendants' request does not affect this date.

  We respectfully request that you grant Defendants' request. Thank you for your time and consideration.

            Respectfully submitted,
            Kaufman Dolowich & Voluck, LLP

            Yale Pollack

cc: Richard Gambarini, Esq. (via ECF)

ND: 4818-8633-7558, v. 1