UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEANDRO CASTRO, on behalf of himself and　　　Case No. 13-CV-7365 (AT)
all other similarly situated employees, and
ASHLEY CHAVOUS, on behalf of herself
and all other similarly situated employees,

　　　　　　　　　　　　　　　　　　　　　　**RULE 7.1 STATEMENT**

　　　　　　　　　　Plaintiffs,

　　　-against-

RICHARD SHRAGER, PAPA EXPRESS INC.,
RICH FOODS 37, LLC and PAPA FRESH INC.,

　　　　　　　　　　Defendants.
------------------------------------------------------------------------X

　　　　Pursuant to Fed. R. Civ. P. 7.1, Defendants, PAPA EXPRESS INC., RICH FOODS 37, LLC and PAPA FRESH INC. (collectively "Defendants"), being nongovernmental corporate parties, by and through their attorneys, Kaufman Dolowich & Voluck, LLP, hereby disclose that Defendants have no parent corporation and that there is no publicly held corporation that owns 10% or more of their stock.

Dated: Woodbury, New York
　　　　December 18, 2013

　　　　　　　　　　　　　　　　　　　KAUFMAN DOLOWICH & VOLUCK, LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Jeffery A. Meyer
　　　　　　　　　　　　　　　　　　　　　Yale Pollack
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　135 Crossways Park Drive, Suite 201
　　　　　　　　　　　　　　　　　　　Woodbury, New York 11797
　　　　　　　　　　　　　　　　　　　(516) 681-1100

4822-1813-1478, v. 1