# GARBARINI FITZGERALD P.C.

420 Lexington Avenue
Suite 2743
New York, New York 10170
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

February 17, 2014

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Castro, et ano v. Richard Shrager, et al.,* **13-cv-7365 (AT)(RLE)**
         <u>**Joint Letter on Settlement.**</u>

Your Honor:

    This joint letter is submitted on behalf of all parties and pursuant to Your Honor's Order dated January 14, 2013. We are pleased to inform the Court that the parties have reached a settlement in principal. There is no need to schedule a conference with the Magistrate, and counsel will diligently work to finalize the terms.

    I apologize for not informing the Court of the status of settlement on February 14, 2014, due to vacation schedules; it was difficult getting a final acceptance to the material terms.

                                               **GARBARINI FITZGERALD P.C.**

                                               By: _/s/ Richard M. Garbarini_
                                                     Richard M. Garbarini

cc:    Jeffrey Meyer (attorney for Defendants)(by ECF)
       Yale Pollack (attorney for Defendants)(by ECF)