```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEANDRO CASTRO and ASHLEY CHAVOUS,

                     Plaintiffs,

      -against-

RICHARD SHRAGER, et al.,

                     Defendants.

13 Civ. 7365 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 18, 2014
       New York, New York

                                      ANALISA TORRES
                                     United States District Judge