UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEANDRO CASTRO, on behalf of himself and
all other similarly situated employees, and
ASHLEY CHAVOUS, on behalf of herself
and all other similarly situated employees,

                           Plaintiffs,

    -against-

RICHARD SHRAGER, PAPA EXPRESS INC.,
RICH FOODS 37, LLC and PAPA FRESH INC.,

                          Defendants.
-----------------------------------------------------------X

Case No. 13-CV-7365 (AT)

**STIPULATION AND
ORDER OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs (other than those specified in the Settlement Agreement), and further that Plaintiffs are barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other federal, state or local law for wages, including overtime pay, for the period set forth in the Complaint.

      The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: March 20, 2014

**Garbarini FitzGerald P.C.**
*Attorneys for Plaintiffs*
By: _____
Richard Garbarini, Esq.
420 Lexington Ave., Suite 2743
New York, New York 10170
(212) 252-2281

**Kaufman Dolowich & Voluck, LLP**
*Attorneys for Defendants*
By: _____
Jeffery A. Meyer, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

So Ordered: